Law Library

FILED
SUPERIOR COURT
OF GUAM

2011 NOV 16 PM 4: 36

CLERK OF COURT
BY

# IN THE SUPERIOR COURT OF GUAM

GUAM FEDERATION OF TEACHERS, )
                                )       **SPECIAL PROCEEDINGS**
                                )       **CASE NO. SP36-11**
                  Petitioner,   )
                                )
        vs.                     )
                                )
THE GUAM ELECTED                )
CONSOLIDATED COMMISSION ON      )
UTILITIES, SIMON A. SANCHEZ II, )
ELOY P. HARA, GLORIA B. NELSON, )
BENIGNO M. PALOMO, JOSEPH T.    )       **DECISION AND ORDER**
DUENAS, and JOHN BENAVENTE in his)
capacity as GENERAL MANAGER OF  )
GUAM WATERWORKS AUTHORITY,      )
                                )
                  Respondents.  )
                                )
                                )
                                )
                                )

This matter came before the HONORABLE VERNON P. PEREZ on March 20, 2011, on Petitioner's application for Order to Show Cause Re: Alternative Writ of Mandate. Attorney Ken Orcutt represented the Respondents. Attorney William Pole represented the Petitioner. Having reviewed the pleadings, arguments presented and the record, the Court now issues the following Decision and Order.

## ORDER

A writ of mandamus may be issued to compel the performance of an act that the law specially enjoins. 7 GCA § 31202 (2005). The petitioner has the burden of showing that a writ should issue. *People v. Super. Ct. (Bruneman)*, 1998 Guam 24 ¶ 3. A writ of mandamus may be granted where there is not a plain, speedy, and adequate remedy in the ordinary course of law and it must be issued on the verified petition of a beneficially interested party. 7 GCA § 31203 (2005). A beneficially interested party is a person that has a special interest to be served or some particular right to preserve or protect over and above the interest held in common with the public at large. *Sorenson Television Systems, Inc. v. Super. Ct.*, 2006 Guam 21 ¶ 12.

*Guam Federation of Teachers v. The Guam Elected Consolidation Commission on Utilities, et al.,*
Decision and Order
SP36-11

1

Mandamus will not be granted where the petitioner has failed to pursue the administrative remedies available to it. *Limitiaco v. Guam Fire Dept.* 2007 Guam 10 ¶ 27. Mandamus is appropriate only where there is a "clear, present and ministerial duty to act." *Holmes v. Territorial Land Use Comm'n,* 1998 Guam 8 ¶ 11. The issuance of a writ of mandamus is an extraordinary remedy employed in extreme situations. *A.B. Won Pat Guam Int'l Airport Auth. v. Moylan,* 2005 Guam 5 ¶ 10.

Under 7 GCA § 31204, this Court may issue a writ that is either alternative or peremptory. Under the facts of this case and arguments put forth by Respondents the Court finds that §31204 allows this Court to issue an alternative writ. "The alternative writ must command the party to whom it is directed, immediately after the receipt of the writ, or at some other specified time, to do the act required to be performed or to show cause before the court at a specified time and place why he has not done so." 7 GCA § 31204 (2010). The Court finds that an alternative writ is appropriate.

As explained at hearing for this matter, the Court finds no reason to issue a writ of mandate as there are available administrative remedies Petitioner did not exhaust.

## CONCLUSION

This Court DENIES the Petitioner's Writ of Mandate.

**NOV 1 6 2011**

So **ORDERED** this ___ day of November, 2011.

HONORABLE VERNON P. PEREZ
JUDGE, SUPERIOR COURT OF GUAM

I do hereby certify that the foregoing is a full true and correct copy of the ORIGINAL on file in the Office of the Clerk of Court, Superior Court of Guam.

DATED: **NOV 1 7 2011**

DEPUTY CLERK, Superior Court of Guam

*Guam Federation of Teachers v. The Guam Elected Consolidation Commission on Utilities, et al.,*
Decision and Order
SP36-11

2